IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW BREWER**                                                                        **PLAINTIFF**

**v.**                            **CASE NO. 4:22-CV-00063-BSM**

**CITY OF LITTLE ROCK**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE